JOE McGILL v. THE STATE.

No. 23334. Delivered April 24, 1946.

The opinion states the case.

*Mat Davis*, and *J. O. Duncan*, both of Gilmer, for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for transportation of whisky in a dry area, punishment assessed being a fine of $150.00 and 30 days in jail.

The record before us contains no notice of appeal, without which this court obtains no jurisdiction. Art. 827 C. C. P.

The appeal is dismissed.